**FILED**

NOV 0 8 2022

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____DEPUTY

Name _____
_____
_____
_____

UNITED STATES DISTRICT
COURTHOUSE OKLAHOMA

_____ Plaintiff,

vs.

① State of Colorado,
② Otero County - Commissioners Office - 13 w 3rd st. rm 110 La Junta Colorado 81050,
③ Clerk & Recorder - 13 w 3rd st rm 210 2nd Floor La Junta Colo 81050
④ Ms Shannon Wallace - City Manager of Rocky Ford - 203 South Main St Rocky Ford Colo 81067
⑤ R2 School board and Administration 601 South 8th St - Mr Kemit Snyder Rocky Ford Colorado 81067
⑥ Rocky Ford Daily Gazetta 912 Elm Street - Mr Mrs Thompson

Defendant(s)

**CIV-22-969-HE**

CASE NO. _____
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
PURSUANT TO
42 U.S.C. § 1983**

## A. JURISDICTION

1) This complaint alleges that the civil rights of Plaintiff, **Jim Navarro et al** (Print Plaintiff's name), who presently resides at **P.O Box 9561 Pueblo Colo 81008    902 South 19th st Rocky Ford Colo 81067**, were violated by the actions of the below named individuals which were directed against Plaintiff at **Feb 2012  March   203 South Main St** **Nov 2018  2021  Rocky Ford Colorado 81067** on the following dates (institution/city where violation occurred)

**1964 Voting Rights** , **1990 American with Disabilities Act** , and **8th Amendment to the Constitution**
(Count I)          (Count II)                    (Count III)

Make a copy of this page to provide the below
information if you are naming more than five (5) defendants

1) Defendant __Governor Office__ resides at __136 State Capitol Building Denver Cdo 80203__,
   (full name of first defendant)                (address if first defendant)
   and is employed as _____. This defendant is sued in his/her
   (defendant's position and title, if any)
   ___ individual  ✓ official capacity. (Check one or both). Explain how this defendant was
   acting __Office— When The Marijuna Bill was past — It was suppose to pay for new schools and Highway projects — Anything to do with shcool projects we as citizens of Rocky Ford shouldn't have to pay another increase of School Taxes we are already paying — There are No Jobs or new Factories The City of Rocky Ford is the Biggest employer of people — Their wages comes out of taxes and High utility Bills__
   under color of law:

2) Defendant __Commissioners office__ resides at __13 West 3rd St La Junta Cdo 81050__
   (full name of first defendant)                (address if first defendant)
   and is employed as __Commissioner office__. This defendant is sued in his/her
   (defendant's position and title, if any)
   ___ individual  ✓ official capacity. (Check one or both). Explain how this defendant was
   acting __Their are a Corrupt County Institution — I have local Issues Against them in 2012, 2018 an 2021 — There wasn't an Investigation of Retaliation Against Minorities — Computer Manipulation of Forge Documents — Court Dates which left me with a Back Injury__
   under color of law:

4) Defendant __Ms Shannon Wallace__ resides at __203 South Main St Rocky Ford Cdo 81067__
   (full name of first defendant)                (address if first defendant)
   and is employed as __City Administrator__. This defendant is sued in his/her
   (defendant's position and title, if any)
   ___ individual  ✓ official capacity. (Check one or both). Explain how this defendant was
   acting __She didn't Fire Police Chief Angelo for Incident in 2018-2021 City help in Losing my Drivers License in 2012 & 2018 — Police hurt my Back deliberately — They Should all be Fired__
   under color of law:

3) Defendant __Clerk & Recorder__ resides at __13 West 3rd street La Junta C__,
   (full name of first defendant)                (address if first defendant)
   and is employed as __Employees of clerk office__. This defendant is sued in his/her
   (defendant's position and title, if any)
   ___ individual  ✓ official capacity. (Check one or both). Explain how this defendant was
   acting __Past in Conspiracy Against me in 2012 & 2018 — Don't trust the voting rules to receive an accurate voting Count For Democrates__
   under color of law: _____

2

5; Defendant __Kermit Snyder__ resides at __601 South 8th St__
   (full name of first defendant)                    __Rocky Ford Administrator__
                                                      (address if first defendant)
and is employed as __School Superintendent__. This defendant is sued in his/her
   (defendant's position and title, if any)
___ individual  ✓ official capacity. (Check one or both). Explain how this defendant was
acting __It took me 30 min to see Flaws in his statements on the Back
of 4B school mail card to advise voters that it wouldn't be must of Burden in__
under color of law: __paying extra in taxes - 18 USC (371)__

⑥ ~~Defendant~~ - Mr Mrs Thompson - Carry out The City of Rocky Ford illegal Agenda Against Minorites - printed my name twice in their newspaper - which I will take legal Action Against them

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional statutes, list them below.

__18 USC (371)   18 USCs (1341 1343)  Rico statute   18 USC (1961)__

----

## B. NATURE OF THE CASE

1) Briefly state the background of your case.

__Failer of The City of Rocky Ford & R2 Shool District an Rocky Daily Gazette to publish in their Newpaper or voting Ballots mail out to City Ridents of 5500 population how much 4B shool Issue was going to cost every Home owener in Rocky Ford 18 USC (371). A Home of 100,000 value about $64⁰⁰ more a year x 20 years - Were already paying taxes for schools city projects state = No taxation without Representation - The Governors office doesn't Have aproblem with that statement - because they tell me. Its a Home rule state - Not in Discrimatin Issues against minorities and the elderly - File Complaint Against The City of Rocky Ford this year and still waiting For My punitive and compensatory damages and Now they want to tax me for living in Rocky Ford - on File in Washyton DC.__

## C. CAUSE OF ACTION

# COUNT I

The following civil rights has been violated: __1964 voting Rights__

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

1964 voting Rights — This Otero County has Manipulated The legal System that prevent me From voting in 2012. Lost My Drivers License twice 2012 & 2018 because of their unFlowable Computer System — Which I've been trying to improve since 2005 — How can they been so sure of victory of 4B school tax on Rocky Ford Citizens that they printed thank cards a day after election Day of Nov 3. Don't trust this Illegal system where already being tax and pay For school & city employees The Factory Jobs etc etc. We need the Farmers to Stay in Otero County — They would make more if they Sold their water Rights — I'm asking Federal Court to protect us From City & County officials. We already voted this school Issue two years ago. And now were Facin it again. The City is made of over 60% elderly People, I'll be asking gov offices to help protect their Rights —

4

## COUNT II

The following civil rights has been violated: **1990 Americans with Disabilities Act**

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

No Taxation without Representation = Even in a Home Rule State As long as Otero County Receives Federal Funds to run its Social Programs - it has to Protect us From other Otero employees who Manipulate the Computer systems in Courtrooms & voting elections - Elderly can't afford any more new Taxes of Any kind - I've felt what they are going through in life - It's Expensive to live in Otero County - County officials are always trying to increase utilities - to keep them afloat -

## COUNT III

The following civil rights has been violated: __8th Amendment to the Constitution__

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Where people in The Majority pass Bills that inflict alot of Misery to the poor & elderly in a community where there isnt Jobs to be Found on hourly wage. Except in The Summer time. Thanks to our Farmers. Which need to protect From City an County officials of their dreams of receiving higher pay in salaries. IF wasn't For the Fraud of listing the wrong of a tax on $100,000 would 4 B school Issue would of past - The answer is NO - People already voted on this once and we voted down 4 B. I Don't Trust the Count of votes at anytime -

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you filed other actions in state or federal courts involving the same or similar facts as involved in this action? ____ Yes ____ No. If your answer is "Yes", describe each lawsuit. (If more than one, describe the others on an additional page following the below

6

outline).

    a) Defendants: _____
    b) Name of court and docket number: _____
    c) Disposition (for example, was the case dismissed, appealed or is it still pending?): _____
    d) Issues raised: _____
_____
_____
    e) Approximate date it was filed: _____
    f) Approximate date of disposition: _____

2) Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted? ____ Yes ____ No. If your answer is "Yes", describe each lawsuit. (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline.)

Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:
    a) Defendants: _____
    b) Name of court and case number: _____
    c) The case was dismissed because it was found to be (check one): ____ frivolous ____ malicious or ____ failed to state a claim upon which relief could be granted.
    d) Issues raised: _____
_____
    e) Approximate date it was filed: _____
    f) Approximate date of disposition: _____

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:
    a) Defendants: _____
    b) Name of court and case number: _____

7

c) The case was dismissed because it was found to be (check one): _____ frivolous \_\_\_\_ malicious or \_\_\_\_ failed to state a claim upon which relief could be granted.

d) Issues raised: _____

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: _____

b) Name of court and case number: _____

c) The case was dismissed because it was found to be (check one): _____ frivolous \_\_\_\_ malicious or \_\_\_\_ failed to state a claim upon which relief could be granted.

d) Issues raised: _____

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

3) Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g., have you exhausted available administrative grievance procedures? \_\_\_ Yes \_\_\_ No. If your answer is "No", did you not attempt administrative relief because the dispute involved the validity of a: (1) \_\_\_ disciplinary hearing; (2) \_\_\_ state or federal court decision; (3) \_\_\_ state or federal law or regulation; (4) \_\_\_ parole board decision; or (5) \_\_\_ other _____.

If your answer is "Yes", provide the following information. Grievance Number _____. Date and institution where grievance was filed _____.

Response to grievance: _____

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief: Punitive & Compensatory Damages

Defendants
1. 10 million
2. 10 million
3. 10 million
4. 10 million
5. 10 million
6. 10 million
7. 5 million
8. 2 million

What 4B will cost over 20 years x 5000 homes

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_____
(Name of Person who prepared or helped prepare this complaint if not Plaintiff)

[signature]
(Signature of Plaintiff)

11-9-2022
(Date)

- - - - - - - - - - - - - - - - - - - - - - -
(Additional space if needed; identify what is being continued)

9

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Defendants

7. Colorado State Legislature
200 E Colfax Avenue
Denver Colo 80203

8. Ms Susan June
Mayor of Rocky Ford
203 South Main St
Rocky Ford Colo 81067

USC§ (371) USC 18 §§ (1341 1343)

I think U.S District Courts is The place to File When a Group of People Conspire Against another Group of poor People Barely Making Ends Meet

Fraud = An Intentional perversion of truth. For the purpose of Inducing another in Reliance upon it to part with some valuable thing belonging to him or to surrender a legal Right. A False Representation of a matter of Fact, wheather by words or by conduct by false or misleading allegations or by concealment of that which should have been disclosed which deceives and is intended to deceive another so that he shall act upon it to his legal Injury

Delahanty v First Pennsylvania Bank N.A. 318 Pa Super 90, 464, A 2d 1243 1253

8.    2. Mrs. Lynn Scott )
       Clerk an Recorder )
9.       13 west 3rd street  rm. 210 )
       )
10.   3. Mrs Shannon Wallace )
       City Manager of Rocky Ford )
11.     203 South Main )
       Rocky Ford , Colorado 81067 )
12.
    4. Mrs Susan Jung )
13.    Mayor of Rocky Ford )
       203 South Main )
14.     Rocky Ford Colorado 81067 )
       )
15.   5. Mr. Kemit Snyder )
       Scool Administration )
16.    Administrator of School Board )
       601 South 8th streat )
17.    Rocky Ford , Colorado 81067 )
       )
18.   6. Luara Thompson )
       Owener of Daily Gazetta )
19.    912 Elm stre )
       Rocky Ford Colorado 81067 )
20.
    7. State Legislature )
21.    Colorado General Assembly )
       200 East Colfax Avenue )
22.   ~~Denver, Colorado 80203~~

The Honorable Mage Marwick Garland
United States Attorney General
of The United States of Amreica
Department of Justice rm. 4400
Northwest Washington DC. 20535

23. Laws That Were Infringe Against Citizens of Otero County Colorado

24.

25.      In 2002  swore that I would never get Involved, with A Legal

26. Issue that Involved my Fellow Citizens where I LIVE AT

27. I went Broke! Its on File in Neveda. But I can't Let These Poeple

28. Think They got away with The Infringment of Federal Lawa Against us

29. 1964 Voting Rights , 18 USC (371 ) 18 USC   ( 1341, 1343 )

30.

31.

11/07/2022 11:34 AM FAX  7193832514  WOODRUFFMEMORIALLIBRARY  P.0001

*********************************
***      Send Results      ***
*********************************

Sending is complete.

Job No.            1987
Address            15408684997
Name
Start Time         11/07 11:32 AM
Call Length        01.55
Sheets             13
Result             OK

Fax 1543-868-4997

```
 1.
 2.                                        )
 3.    Jim Navarro                         )
       P.O. Box 9561                       )
 4.    PUEBLO, Colorado 81008              )
                                           )
 5.            vs        Otero County      )
                                           )        The Honorable Mr. Christopher Wray
 6.    1. Mr. John Hosteler                )        Federal Bureau of Investigations
          County Commissioner              )        935 Pennsylvania
 7.       13 west 3rd Street room 110      )        Washington DC 20535
          La Junta, Colorado 81050         )
                                           )
 8.    2. Mrs. Lynn Scott                  )
          Clerk an Recorder                )        The Honorable Mr. Merrick Garland
 9.       13 west 3rd street   rm. 210     )        United States Attorney General
                                           )        of The United States of Amreica
10.    3. Mrs Shannon Wallace              )        Department of Justice rm. 4400
          City Manager of Rocky Ford       )        Northwest Washington DC. 20535
11.       203 South Main st                )
          Rocky Ford , Colorado 81067      )
12.                                        )
       4. Mrs Susan Jung                   )
13.       Mayor of Rocky Ford              )
          203 South Main st                )
14.       Rocky Ford Colorado 81067        )
                                           )
15.    5. Mr. Kemit Snyder                 )
          Scool Administration             )
16.       Administrator of School Board    )
          601 South 8th streat             )
17.       Rocky Ford , Colorado 81067      )
                                           )
18.    6. Luara Thompson                   )
          Owener of Daily Gazetta          )
19.       912 Elm stre t                   )
          Rocky Ford Colorado 81067        )
20.                                        )
       7. State Legislature                )
21.       Colorado General Assembly        )
          200 East Colfax Avenue           )
22.       Denver, Colorado 80203
```

Laws That Were Infringe Against Citizens of Otero County Colorado

23.
24.
25.    In 2002  swore that I would never get Involved, with A Legal
26.    Issue that Involved my Fellow Citizens where I LIVE AT
27.    I went Broke! Its on File in Neveda. But I can't Let These Poeple
28.    Think They got away with The Infringment of Federal Laws Against us
29.    1964 Voting Rights , 18 USC (371) 18 USC   ( 1341, 1343 )
30.
31.