IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JIM NAVARRO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. CIV-22-0969-HE |
| | ) | |
| STATE OF COLORADO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Court has received the complaint Plaintiff tendered in this matter. Doc. 1. For this action to proceed, Plaintiff must either pay the $402.00 filing fee[1] or be granted leave to proceed in forma pauperis, that is, without prepayment of fees and costs. 28 U.S.C. §§ 1914(a), 1915(a)(1); LCvR3.2. Plaintiff has neither paid the filing fee nor submitted a motion for leave to proceed in forma pauperis in accordance with § 1915(a)(2) and LCvR3.3.

Plaintiff must either pay the $402.00 filing fee or file an application to proceed in forma pauperis by **December 12, 2022**. Failure to comply with this order may result in dismissal of this action. The Clerk of Court is directed to send Plaintiff the form necessary to comply with this order.

---

[1] *The filing fee is $350.00. See 28 U.S.C. § 1914(a). In addition, an administrative fee of $52.00 must be paid. See Judicial Conf. Sched. of Fees, Dist. Ct. Misc. Fee Sched. ¶ 14.*

It appears doubtful that venue for plaintiff's case is proper in this court. Plaintiff should carefully evaluate that question before paying the filing fee or filing a motion to proceed in forma pauperis.

**IT IS SO ORDERED**.

Dated this 17th day of November, 2022.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE