# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

Jay Harris
_____
Plaintiff

v.

Otero County
Cities La Junta, Colorado
Rocky Ford
_____
Defendant

)
)
)
)
)
)
)
)
)
)
)

**FILED**

DEC 05 2022

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____ DEPUTY

CASE NO.: 22-0969-HE

*(To be supplied by the Clerk)*
*(Non-Prisoner form)*

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. If I am employed, my employer's name and address are:

_____

_____

My gross pay or wages are: $ 1100.00 , and my take-home pay or wages are: $ _____ per
*(specify pay period)* _____ .

2. *Other Income.* In the past 12 months, I have received income from the following sources
*(check all that apply)*

| | YES | NO |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ | ☑ |
| (b) Rent payments, interest, or dividends | ☐ | ☑ |
| (c) Pension, annuity, or life insurance payments | ☐ | ☑ |
| (d) Disability or worker's compensation payments | ☐ | ☑ |
| (e) Gifts or inheritances | ☐ | ☑ |
| (f) Any other sources | ☐ | ☑ |

*If you answered "Yes" to any questions above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

_____

_____

_____

SR-11-2014

Page 1 of 2

3. Amount of money that I have in cash or in a checking or savings account: $ 40 or 1.

4. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*

    2010 Fort Ranger

5. Any housing, transportation, utilities, loan payments, or other regular monthly expenses *(describe the amount of the monthly expense)*

    100 year old Home
    Un live able

6. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

    ✓

7. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*

    pay for my own Deerter Bill

I understand that a false statement or answer to any question in this declaration could subject me to penalties of perjury and/or may result in the dismissal of all my claims pursuant to 28 U.S.C. § 1915 (e)(2)(A).

Date: 11-30-22

_____
*(Applicant's signature)*

Jim Najarro
*(Printed name)*

SR-11-2014