**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| JIM NAVARRO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. CIV-22-0969-HE |
| | ) | |
| STATE OF COLORADO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff filed a motion to proceed *in forma pauperis*, but subsequently paid the full

filing fee.  Accordingly, plaintiffs IFP motion [Doc. #3] is **STRICKEN** as moot.

**IT IS SO ORDERED**.

Dated this 12th day of December, 2022.

_____

JOE HEATON
UNITED STATES DISTRICT JUDGE