## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JIM NAVARRO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. CIV-22-0969-HE |
| | ) | |
| STATE OF COLORADO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

Plaintiff filed this case against the State of Colorado and several government employees and agencies alleging violations of the Voting Rights Act of 1965, the Americans with Disabilities Act, and the 8th Amendment.  Venue in this court, however, is improper.  None of the defendants reside in this district, none of the events alleged to place in this district, and there are other districts where this action could be bought.[1]  28 U.S.C. § 1391(b).  Because plaintiff has already filed a similar case in his home-state district court, the court declines to transfer this action under 28 U.S.C. § 1404(a).

This case is **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Dated this 26th day of January, 2023.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE

---

[1] *The court also notes that plaintiff has filed at least one similar action in the United States District Court for the District of Colorado where he resides.  See, 1:21-cv-3136-LTB, D. Colo.*