**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| JIM NAVARRO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. CIV-22-0969-HE |
| | ) | |
| STATE OF COLORADO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the order entered this date, this case is dismissed without prejudice.

**IT IS SO ORDERED**.

Dated this 26th day of January, 2023.

_____

JOE HEATON
UNITED STATES DISTRICT JUDGE